**Opinion filed September 9, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00158-CR

_____

### TAYLOR ALEXANDER STODDARD A/K/A TAYLOR ALEXANDER WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CR24844**

### M E M O R A N D U M   O P I N I O N

In 2017, Taylor Alexander Stoddard a/k/a Taylor Alexander Williams, Appellant, pled guilty to the offense of assault family violence by occlusion and pled true to an enhancement allegation. His punishment was assessed at imprisonment for twenty years. Appellant recently filed a pro se notice of appeal. Because the notice of appeal was not timely filed, we dismiss the appeal for want of jurisdiction.

Pursuant to the Texas Rules of Appellate Procedure, a notice of appeal is due to be filed either (1) within thirty days after the date that sentence is imposed or suspended in open court or (2) if the defendant timely files a motion for new trial, within ninety days after the date that sentence is imposed or suspended in open court. Tex. R. App. P. 26.2(a). A notice of appeal must be in writing and filed with the clerk of the trial court. Tex. R. App. P. 25.2(c)(1). The documents on file in this appeal indicate that Appellant's sentence was imposed on March 6, 2017, and that Appellant filed his notice of appeal on July 26, 2021, more than four years after his sentence was imposed. The notice of appeal was therefore untimely.

When the appeal was docketed in this court, we notified Appellant that the notice of appeal appeared to be untimely and that the appeal may be dismissed for want of jurisdiction. We requested a response showing grounds to continue this appeal. No response has been filed.

Absent a timely filed notice of appeal or the granting of a timely motion for extension of time, we do not have jurisdiction to entertain this appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522–23 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 110 (Tex. Crim. App. 1993). We are not authorized to entertain an untimely appeal or grant a request for an out-of-time appeal. *See Slaton*, 981 S.W.2d at 210. Because the notice of appeal was not timely filed, we have no jurisdiction over this appeal and must dismiss it. *See id.*

Accordingly, we dismiss this appeal for want of jurisdiction.

September 9, 2021                                    PER CURIAM

Do not publish. *See* Tex. R. App. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2